IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  | CIVIL ACTION NOS. |
|---|---|
| WALKER | 02-3868 |
| SIMON | 02-3887 |
| GOTO | 02-3922 |
| JOHNSON, *et al.* | 02-3932 |
| HOSOKAWA | 02-3959 |
| KILCY | 02-3964 |
| BYRON | 02-4108 |
| ROCHA, et al. | 02-4121 |
| CAVITT | 02-4139 |
| HIBMA-CANARIO, et al. | 02-4152 |
| BAILEY, et al. | 02-4188 |
| BOSSI, et al. | 02-4234 |
| STEINHAUER, et al. | 02-4257 |
| SKEELS, et al. | 02-4274 |
| WALKER, et al. | 02-4279 |
| FRIEDEN, et al. | 02-4310 |
| DIMANLANTA | 02-4313 |
| VS. |  |
| BAYER CORPORATION, *et al.* |  |

**O R D E R**

   **AND NOW,** this    day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

  [   ]   -   Order staying these proceedings pending disposition of a related action.

  [   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

  [   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**R. Barclay Surrick**